KENDAL RASHAD HOOKER
929 MS-541 S
MAGEE, MS 39111

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

21ST MORTGAGE CORP
ATTN: BANKRUPTCY
620 MARKET STREET
KNOXVILLE, TN 37902

ADVANCE FINANCIAL
100 OCEANSIDE DRIVE
NASHVILLE, TN 37204

CAPITAL BANK
2275 RESEARCH BLVD.
STE 600
ROCKVILLE, MD 20850

CAPITAL BANK
2275 RESEARCH BLVD
STE 600
ROCKVILLE, MD 20850

CC BANK
ATTN: BANKRUPTCY
1835 W. STATE STREET
PLEASANT GROVE, UT 84062

LOCKHART MORRIS & MONT
ATTN: BANKRUPTCY DEPT
1401 N CENTRAL EXPY
STE 225
RICHARDSON, TX 75080

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

MOTOLEASE
5200 W CENTURY BLVD
LOS ANGELES, CA 90045

MSDHS
ATTN: CONSTANCE MORROW
PO BOX 352
JACKSON, MS 39205

ROADRUNNER ACCOUNT
ATTN: BANKRUPTCY
5525 N MACARTHUR BLVD
STE 660
IRVING, TX 75038

SHENEKIA MCNAIR
116 JACKSON BRIDGES RD
PRENTISS, MS 39474

SUNBELT FEDERAL CU
ATTN: BANKRUPTCY
6885 US HWY 49
HATTIESBURG, MS 39402

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

TDRCS
TD RCS
COLUMBIA, SC 29202

TILLMAN FURNITURE
203 PINOLA DR
MAGEE, MS 39111