**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Kendal Rashad Hooker, Debtor** **Case No. 26-03143-KMS**
**CHAPTER 13**

# MOTION TO PAY DIRECT

COMES NOW, Debtor, by and through counsel, and move this Court to adjust the plan payments to Pay Direct, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on November 16, 2026, by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. Debtor is currently employed at two jobs. The income earned from one job is insufficient to cover his Chapter 13 plan payments. Debtor recently began working at a second job and has not yet established a consistent average weekly income.
3. Debtor requests authorization to make his Chapter 13 plan payments directly to the Trustee in lieu of payments being withheld from his wages pursuant to a wage order.
4. Debtor agrees to remain current on all Chapter 13 plan payments and acknowledges that, should any direct payment be returned for insufficient funds, the Trustee may implement a wage order without further notice or hearing.

WHEREFORE, Debtor prays that the Trustee release any wage order previously issued and issue a direct payment order.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Pay Direct was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.