**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Kendal Rashad Hooker, Debtor** **Case No. 26-03143-KMS**
**CHAPTER 13**

# ORDER

THIS CAUSE having come on this date on the Debtor's Motion to Pay Direct (DK #___), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Pay Direct is granted.

IT IS FURTHER ORDERED the Trustee shall release any wage order previously issued and issue a direct payment order.

##END OF ORDER##

Submitted by:

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767, Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com