**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Kendal Rashad Hooker, Debtor** | **Case No. 26-03143-KMS**
**CHAPTER 13**

# AMENDED NOTICE

Debtors have filed papers with the court to adjust the plan payments.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr., U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Pay Direct.

Date: November 23, 2026 Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Kendal Rashad Hooker, Debtor** **Case No. 26-03143-KMS**
**CHAPTER 13**

# MOTION TO PAY DIRECT

COMES NOW, Debtor, by and through counsel, and move this Court to adjust the plan payments to Pay Direct, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on November 16, 2026, by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. Debtor is currently employed at two jobs. The income earned from one job is insufficient to cover his Chapter 13 plan payments. Debtor recently began working at a second job and has not yet established a consistent average weekly income.
3. Debtor requests authorization to make his Chapter 13 plan payments directly to the Trustee in lieu of payments being withheld from his wages pursuant to a wage order.
4. Debtor agrees to remain current on all Chapter 13 plan payments and acknowledges that, should any direct payment be returned for insufficient funds, the Trustee may implement a wage order without further notice or hearing.

WHEREFORE, Debtor prays that the Trustee release any wage order previously issued and issue a direct payment order.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

# CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Pay Direct was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.